| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Beckwith, Sandra S. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Ohio | 3. Date of Report<br><br>04/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed Antique Business |
| 2. 2016 | Ohio Police & Fire Pension |
| 3. 2016 | Ohio Public Employees Retirement System |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Procter & Gamble Common Stock | B | Dividend | K | T | | | | | |
| 3. Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 4. First American Gov't. Obligation Fund CL Y | A | Interest | K | T | | | | | |
| 5. Coca Cola Company Common Stock | B | Dividend | K | T | | | | | |
| 6. Unilever NV ADR Common Stock | B | Dividend | K | T | | | | | |
| 7. Apple Inc. Common Stock | B | Dividend | L | T | | | | | |
| 8. Touchstone Ohio Ins. Tax Free CD CIA | C | Interest | M | T | | | | | |
| 9. Duke Energy Holding Corp. Common Stock | A | Dividend | J | T | | | | | |
| 10. Vanguard Short Term Tax Exempt Fd Adm. Common Stock | A | Dividend | K | T | Buy | 4/22/16 | K | | |
| 11. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 12. First American Gov't. Obligation Fund CL Y | A | Interest | K | T | | | | | |
| 13. 3M Co. Common Stock | B | Dividend | K | T | | | | | |
| 14. Nestle SA Sponsored ADR Common Stock | | None | K | T | Sold (part) | 04/27/16 | J | B | |
| 15. Union Pacific Corp. Common Stock | A | Dividend | K | T | | | | | |
| 16. Alphabet Inc. CL C Common Stock | | None | K | T | | | | | |
| 17. Alphabet Inc. CL A Common Stock | | None | | | Sold | 04/27/16 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron Common Stock | A | Dividend | K | T | | | | | |
| 19. China Mobile Limited ADR Common Stock | A | Dividend | K | T | Sold (part) | 4/27/16 | J | A | |
| 20. Schlumberger Common Stock | A | Dividend | K | T | | | | | |
| 21. Berkshire Hathaway Inc. CL B Common Stock | | None | K | T | Sold (part) | 04/27/16 | J | B | |
| 22. Boeing Company Common Stock | A | Dividend | | | Sold | 11/28/16 | K | C | |
| 23. Touchstone High Yield Fd A Mutual Fund | D | Dividend | M | T | | | | | |
| 24. Procter & Gamble Common Stock | B | Dividend | K | T | Sold (part) | 04/27/16 | K | B | |
| 25. Novartis AG ADR Common Stock | B | Dividend | K | T | Sold (part) | 04/27/16 | K | C | |
| 26. American Water Works Co. Common Stock | B | Dividend | L | T | | | | | |
| 27. Cme Group Inc. Common Stock | A | Dividend | K | T | | | | | |
| 28. Touchstone Flexible Income Y 50% Stock 50% Bonds | B | Int./Div. | L | T | | | | | |
| 29. Maingate Mlpl Common Stock | B | Dividend | K | T | | | | | |
| 30. JP Morgan Chase Co. Pfd. 6.125% Stock | B | Dividend | K | T | | | | | |
| 31. JP Morgan Chase Co. Common Stock | A | Dividend | K | T | | | | | |
| 32. The Priceline Group Common Stock | | None | K | T | | | | | |
| 33. Smead Value I1 Common Stock | A | Dividend | K | T | | | | | |
| 34. Abbott Laboratories Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sempra Energy Common Stock | A | Dividend | K | T | | | | | |
| 36. I Shares S&P India Nifty 50 Index Etf. | A | Dividend | K | T | | | | | |
| 37. Concho Res. Inc. Common Stock | | None | | | Sold | 11/28/16 | J | C | |
| 38. Edgewood Growth Fund Instl. C1 | B | Dividend | L | T | | | | | |
| 39. Bank of America Corp. Common Stock | A | Dividend | K | T | | | | | |
| 40. Touchstone Active Bond Instl. Mutual Fund | B | Dividend | L | T | | | | | |
| 41. Kroger Common Stock | A | Dividend | K | T | | | | | |
| 42. Vanguard REIT Etf. Mutual Fund | B | Dividend | K | T | | | | | |
| 43. Touchstone UL Shrtdur Fix Inc Fd-2 | A | Interest | K | T | Buy | 04/22/16 | K | | |
| 44. Medtronic Plc Common Stock | A | Dividend | J | T | Buy | 04/27/16 | K | | |
| 45. Microsoft Corp. Common Stock | A | Dividend | K | T | Buy | 04/27/16 | K | | |
| 46. United Health Group Inc. Common Stock | A | Dividend | J | T | Buy | 04/27/16 | J | | |
| 47. Comcast Corp. Class A Common Stock | A | Dividend | J | T | Buy | 04/27/16 | K | | |
| 48. Pepsico Inc. Common Stock | A | Dividend | K | T | Buy | 04/27/16 | K | | |
| 49. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 50. Nextera Energy Inc. Common Stock | B | Dividend | K | T | | | | | |
| 51. First American Gov't. Obligation Fund CL Y | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Celgene Corp. Common Stock | | None | K | T | | | | | |
| 53. Touchstone High Yield Fund Mutual Fund | D | Dividend | M | T | | | | | |
| 54. Coca Cola Company Common Stock | A | Dividend | J | T | | | | | |
| 55. Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 56. Novartis AG ADR Common Stock | A | Dividend | K | T | | | | | |
| 57. Union Pacific Corp. Common Stock | A | Dividend | K | T | Sold (part) | 04/27/16 | K | D | |
| 58. Alphabet Inc. CL A Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 59. Alphabet Inc. CL C Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 60. Lockheed Martin Corp. Common Stock | A | Dividend | | | Sold | 11/28/16 | K | D | |
| 61. Disney Walt Co. Common Stock | A | Dividend | J | T | | | | | |
| 62. Sysco Corp. Common Stock | A | Dividend | K | T | | | | | |
| 63. Unilever Plc Spsd Adv. Common Stock | A | Dividend | J | T | | | | | |
| 64. OGE Energy Corp. Common Stock | | | | | Sold | 11/16/15 | J | | See Note in Part VIII |
| 65. JP Morgan Chase Co. Common Stock | A | Dividend | K | T | | | | | |
| 66. The Priceline Group Inc. Common Stock | | None | K | T | | | | | |
| 67. Schwab Charles Corp. Common Stock | A | Dividend | K | T | | | | | |
| 68. Sanofi ADR Common Shares | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Smead Value I1 Common Stock | | None | K | T | | | | | |
| 70. Biogene Inc. Common Stock | | None | K | T | | | | | |
| 71. Starbucks Common Stock | A | Dividend | K | T | Sold (part) | 04/27/16 | K | D | |
| 72. Mondelez International WI Common Stock | A | Dividend | J | T | | | | | |
| 73. Touchstone UL Shrtdur Fix Inc. Fd-2 | A | Dividend | K | T | Buy | 04/25/16 | K | | |
| 74. Phillips 66 Common Stock | A | Dividend | J | T | Buy | 04/27/16 | J | | |
| 75. Costco Whsl Corp. Common Stock | A | Dividend | K | T | Buy | 04/27/16 | K | | |
| 76. Nike Inc. Common Stock | A | Dividend | J | T | Buy | 04/27/16 | K | | |
| 77. AT&T Inc. Common Stock | A | Dividend | K | T | Buy | 04/27/16 | K | | |
| 78. Fifth Third Bank Savings | A | Interest | L | T | | | | | |
| 79. Fifth Third Bank Checking | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 1 is a header for Items 2 through 10.

Item 11 is a header for items 12 through 48.

Item 49 is a header for items 50 through 77.

Item 58 is a name change from Google Inc. CL A to Alphabet Inc. CL A.

Item 59 is a name change from Google Inc. CL C to Alphabet Inc. CL C.

Item 64 was sold at a loss in 2015 and inadvertently omitted from my 2015 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544